LEVI Y. SILVER (SBN: 273862)
SILVER LAW OFFICES
600 W. Broadway, Suite 1520
San Diego, CA 92101
Telephone:  (619) 344-8650
Facsimile:  (619) 344-8651
levi@silverlitigation.com

DANIEL M. CARLSON (SBN: 163314)
CARLSON LAW FIRM, APC
600 W. Broadway, Suite 1550
San Diego, CA 92101
Telephone:  (619) 544-9300
Facsimile:  (619) 234-0043
dcarlson@carlsonlawfirm.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN OF CALIFORNIA

| | |
|---|---|
| EUGENE C. BRUNNER, an individual; and MARY T. BRUNNER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL WEALTH MANAGEMENT, INC., a California corporation; ALTUS CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; ALTUS CAPITAL OPPORTUNITY FUND LP, a Delaware limited partnership; JACOB K. COOPER; PRIVATE PLACEMENT CAPITAL NOTES II, LLC, a Colorado limited liability company; TONY M. HARTMAN; AEGIS RETAIL GROUP, LLC, a Delaware limited liability company; AEGIS HOLDING COMPANY, LLC, a California limited liability company; TERRENCE GOGGIN; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 13 CV 3080 JLS BLM<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed:   December 17, 2013 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs EUGENE C. BRUNNER and MARY T. BRUNNER hereby dismiss this action in its entirety without prejudice.

1  Because this Notice is filed before any defendants have served either an
2  answer or a motion for summary judgment, no Court order is necessary to
3  effectuate dismissal.  *See* Fed. R. Civ. P. 41(a)(1)(i).

4  DATED:  July 9, 2014  **SILVER LAW OFFICES**

5  **CARLSON LAW FIRM, APC**

6  By: */s/ Levi Y. Silver*
7  Levi Y. Silver, Esq.
   Attorneys for Plaintiffs

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that on this date, the foregoing document |
| 3 | electronically transmitted to the Court's Electronic Filing System is served on |
| 4 | counsel of record who are Filing Users of the Court's Electronic Filing System, per |
| 5 | CivLR 5.4. |
| 6 | |
| 7 | DATED:  July 9, 2014          */s/ Levi Y. Silver*  <br>                                      Levi Y. Silver |

-3-
NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE
CASE NO. 13 CV 3080 JLS BLM